IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LISA D. HURSSEY**                                **PLAINTIFF**

**VS.**                          **CAUSE NO.: 3:23CV159-CWR-LGI**

**MOUNTAIN LAUREL ASSURANCE COMPANY**                    **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the motion *ore tenus* of the parties, by and through their respective counsel, who hereby agree to and request entry of this judgment dismissing this cause with prejudice. The Court is fully advised in the premises and finds that the motion is well-taken and it is hereby

ORDERED AND ADJUDGED that this case shall be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own cost.

SO ORDERED AND ADJUDGED, this the 2nd day of October, 2023.

*Carlton W. Reeves*
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED:

*Rebecca Keith* w/permission SQP
REBECCA A. KEITH (MB: 101244)
*Attorney for the Plaintiff*

/s/ *C. Maison Heidelberg*
C. MAISON HEIDELBERG, MB #9559
*Attorney for the Defendant, Mountain Laurel Assurance Company*